**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed April 6, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00793-CV

## IN RE CLARK EQUIPMENT COMPANY D/B/A BOBCAT COMPANY, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-69076**

## MEMORANDUM OPINION

On October 28, 2022, relator Clark Equipment Company d/b/a Bobcat Company ("CEC" or "relator") filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Cory Don Sepolio, presiding judge of the 269th District Court of Harris County, to vacate three pretrial discovery orders relating to discovery of CEC's current net worth. On November 1, 2022,

this Court granted relator's motion for temporary relief and stayed the trial court's order requiring the production of net worth evidence by CEC.

In January 2023, the underlying matter proceeded to trial. On March 24, 2023, the trial court conducted a hearing on post-trial motions. In response to this Court's inquiry as to the status of the underlying proceedings, by letter dated March 29, 2023, relator's counsel advised this Court that it is unopposed to dismissal of its petition for writ of mandamus.

Accordingly, we dismiss relator's petition for writ of mandamus. Additionally, we lift our November 1, 2022 stay.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.

2